AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Francisco Quitugua

V.

United States of America

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-00040

③

```
FILED
DISTRICT COURT OF GUAM
NOV 10 2004
MARY L. M. MORAN
CLERK OF COURT
```

TO: (Name and address of defendant)

United States of America

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark E. Williams
Law Office of Mark E. Williams
2d Floor, Iris Bldg.
Tamuning, Guam 96931

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(BY) DEPUTY CLERK

SEP - 2 2004
DATE

ORIGINAL

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/27/04 |
| NAME OF SERVER (PRINT) FRANKLIN JIMENEZ | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. Atty's Office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 25.00 | $ 25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/27/04
Date

Signature of Server

201 ITC BLDG, TAMUNING, 96913
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.