Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
Suite 201 Iris Building
315 S. Marine Corps Drive
Tamuning, Guam 96913
Telephone: 671-647-LAWS (5297)
Facsimile: 671-647-5296
Attorneys for Plaintiff



## IN THE U.S. DISTRICT COURT
## OF GUAM

| | |
|---|---|
| FRANCISCO QUITUGUA, | CIVIL CASE NO. 04-00040 |
| Plaintiff, | |
| vs. | NOTICE OF LODGEMENT |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

TO: U.S. ATTORNEY'S OFFICE

PLEASE TAKE NOTICE that on November 17, 2004, the Plaintiff lodged with the court the Proposed Scheduling Order signed by the Plaintiff's counsel, but unsigned by the Defendant or its counsel. This lodgment is made without all parties' signatures for the reason that the Proposed Scheduling Order has not been returned to the Plaintiff's office and for such other reasons as may be ascertained from the DECLARATION IN SUPPORT OF LODGMENT filed contemporaneously herewith.

Dated: November 17, 2004.

THE LAW OFFICES OF MARK E. WILLIAMS, P.C.

By: _____
MARK WILLIAMS, Esq.
Attorney for Plaintiff

ORIGINAL