Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, P.C.
Suite 201 Iris Building
315 S. Marine Corps Drive
Tamuning, Guam 96913
Telephone: 671-647-LAWS (5297)
Facsimile: 671-647-5296
Attorneys for Plaintiff



FILED
DISTRICT COURT OF GUAM
NOV 17 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT
OF GUAM

FRANCISCO QUITUGUA,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL CASE NO. 04-00040

DECLARATION IN SUPPORT
OF LODGEMENT

I, Mark Williams, declare under penalty of perjury that the following is true and correct:

1. That I am over the age of 18 years and am competent to make this declaration.

2. This Law Office represents the Plaintiff in the above-captioned matter.

3. By letter dated November 12, 2004, Plaintiff's counsel contacted the offices of the defendant to provide the Proposed Scheduling Order and Discovery Plan.

4. Following the above correspondence, Plaintiff's counsel contacted the defendant's offices for followup on the status of the above Proposed Scheduling Order, which calls have not been returned.

5. To the present, the Proposed Scheduling Order has not been returned.

6. Because the Proposed Scheduling Order must be filed immediately, and the defendant has not responded to Plaintiff's attempts to communicate regarding such, the Proposed Scheduling Order is being lodged with the Court *without* the signatures of the Defendant's counsel.

Dated: November 17, 2004.

THE LAW OFFICES OF MARK E. WILLIAMS, P.C.

By: _____
MARK WILLIAMS, Esq.
Attorney for Plaintiff