DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FRANCISCO QUITUGUA, | Civil Case No. 04-00040 |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | MINUTES |
| Defendant. | |

(✓) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE
(December 1, 2004 at 10:53 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Attorney Mark Williams appeared on behalf of the Plaintiff. Assistant United States Attorney Mikel Schwab appeared on behalf of the Defendant.

    AUSA Schwab stated that the Government had no objection to the proposed Scheduling Order and Discovery Plan lodged with the Court, with the exception of the demand for a jury trial and provision which stated that the Plaintiff was seeking damages to be proved at trial. AUSA Schwab stated that the Plaintiff does not have a right to a jury trial in this instance. Additionally, the Plaintiff's damages are limited to those sought in his administrative claim. Attorney Williams stated that he would revise the proposed Scheduling Order and Discovery Plan accordingly and will re-submit the corrected version to the Court. Magistrate Judge Manibusan thus returned the proposed Scheduling Order and Discovery Plan originally

submitted to Attorney Williams. The parties agreed to seek Court intervention should complications arise in the discovery process.

The conference concluded at 11:00 a.m.

Dated: December 1, 2004

_____
JUDITH P. HATTORI
Law Clerk

-2-