ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave
Hagatna, Guam 96910
Phone: 671-472-7332 Ext 119
Fax: 671-472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 23 2004
MARY L.M. MORAN
CLERK OF COURT



# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| FRANCISCO QUITUGUA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br>  ) | CIVIL CASE NO. 04-00040 <br><br> UNITED STATES ANSWER |

Federal Defendant United States of America, by and through its counsel, Leonardo M. Rapadas, United States Attorney for the Districts of Guam and NMI, and Mikel W. Schwab, Assistant United States Attorney for said District, answers Plaintiffs' Complaint in like numbered paragraphs as follows:

1. This Paragraph sets forth jurisdictional allegations to which no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are **DENIED.**

2. Defendant admits it was involved in a low speed rear end accident with plaintiff on July 2, 2003, within the judicial district of Guam.

Except as expressly admitted, the remaining allegations are **DENIED**.

3. Defendant admits it received an administrative claim from plaintiff on September 10, 2003 in the amount of $9,007.82 and that more than six months have passed since the Postal Service's receipt of plaintiff's claim. Except as expressly admitted, the remaining allegations are **DENIED.**

4. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore **DENIED.**

5. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore **DENIED.**

6. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore **DENIED.**

7. Defendant re-alleges its responses to paragraphs 1-6 of plaintiff's complaint herein.

8. The Postal Service admits that at approximately 1300 hours on July 2, 2003, David K. Erwin was a postal employee driving a postal-owned vehicle. Except as expressly admitted, the remaining allegations are **DENIED.**

9. **DENY.**

10. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore **DENIED**

11. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore **DENIED**

12. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore **DENIED.**

13. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore **DENIED.**

The paragraph beginning with "WHEREFORE" sets forth Plaintiff's prayer for relief to which no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are **DENIED.**

All allegations not specifically responded to above are **DENIED.**
AND FURTHER answering, Defendant avers:

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2675, Plaintiffs are prohibited from claiming or recovering an amount against the United States in excess of that which was set forth in a claim presented to the United States Postal Service.

### SECOND AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for prejudgment interest against the United States of America.

### THIRD AFFIRMATIVE DEFENSE

Under 28 U.S.C. §2412(d)(1)(A), Plaintiff cannot recover attorney's fees from the United States of America.

### FOURTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

**WHEREFORE**, having fully answered all counts of the Complaint, Defendant prays that Plaintiff takes nothing by way of his Complaint against it,

//
//
//
//
//
//

that the same be dismissed, and that judgment be awarded in favor of Defendant, together with costs and such other and further relief as the Court deems appropriate in this case.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
MIKEL W. SCHWAB
Assistant United States Attorney

Of Counsel:
Joseph R. Doyle
Attorney
United States Postal Service
National Tort Center
PO Box 66640
St. Louis, Missouri 63166-6640
Tel: 314-872-5154
Fax: 314-872-5194

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "United States Answer", in Civil Case No. 04-00040, <u>Francisco Quitugua v. United States of America</u>, was served by personal service to the following attorney of record:

Mark William, Esq.
Law Offices of Mark E. Williams, P.C.
Suite 201, Iris Building
315 S. Marine Corps Drive
Tamuning, Guam 96913

Dated: December 23, 2004

*Frances B. Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant