AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

FRANCISCO QUITUGUA

V.

UNITED STATES OF AMERICA

NOTICE

CASE NUMBER: CV-04-00040

**FILED**
DISTRICT COURT OF GUAM
FEB - 8 2005
MARY L.M. MORAN
CLERK OF COURT

TYPE OF CASE:

X CIVIL ☐ CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

PLAINTIFF SHALL SUBMIT SCHEDULING ORDER & DISCOVERY PLAN NO LATER THAN TUESDAY, FEBRUARY 22, 2005.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

MARY L.M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

FEBRUARY 8, 2005
DATE

(BY) DEPUTY CLERK

TO: Mark E. Williams, Esq.
Mikel W. Schwab, Asst. U.S. Attorney