Mark Williams, Esq.
LAW OFFICES OF MARK E. WILLIAMS, PC
Suite 201, Iris Bldg.
315 S. Marine Corps Dr.
Tamuning, Guam 96913
Telephone: 647-LAWS (5297)
Facsimile: 647-5296
Attorney for Plaintiff



**FILED**
DISTRICT COURT OF GUAM

FEB 16 2005

MARY L.M. MORAN
CLERK OF COURT



## IN THE U.S. DISTRICT COURT
## OF GUAM

| | |
|---|---|
| **FRANCISCO QUITUGUA,** | CIVIL CASE NO. 04-00040 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF THE DEFENDANT'S OFFER OF JUDGMENT** |
| vs. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

COMES NOW, Plaintiff and accepts the Defendants' Offer of Judgment (which is attached hereto), and hereby requests this honorable Court to enter Judgment against the Defendants in the amount of $5,000.00.

Dated: 2/13/05          LAW OFFICES OF MARK E. WILLIAMS, PC

BY: _____
MARK WILLIAMS, ESQ.
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Defendants' attorneys, a true and correct copy of this document on or before 2/18/05.

Dated: 2/13/05          LAW OFFICES OF MARK E. WILLIAMS, PC

BY: _____
MARK WILLIAMS, ESQ.
Attorney for Plaintiff

ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave
Hagatna, Guam 96910
Phone: 671-472-7332 Ext 119
Fax: 671-472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| FRANCISCO QUITUGUA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 04-00040<br><br>**OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. RULE 68** |

This is an Offer of Judgment for FIVE THOUSAND DOLLARS ($5,000.00) pursuant to Federal Rules of Civil Procedure, Rule 68. This offer is inclusive of costs and fees, and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter judgment. Should you

//
//
//
//
//

RECEIVED
Law Offices Of Mark E. Williams
Vanessa Quiroz 2/8/05 5:32pm

fail to accept this offer and fail to gain a final judgment against this defendant in excess of FIVE THOUSAND Dollars ($5,000.00) you must pay all costs incurred after the date of this offer.

SO SUBMITTED this 8th day of February, 2005.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and NMI

BY: /s/
MIKEL W. SCHWAB
Assistant U.S. Attorney

-2-