


DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| FRANCISCO QUITUGUA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL CASE NO. 04-00040<br><br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Plaintiff's Notice of Acceptance of the Defendant's Offer of Judgment filed on February 16, 2005.

Dated this 17th day of February, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 2/17/05.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

By _____ 2/17/05
Deputy Clerk          Date